

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC,** Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

The parties' joint motion for a second extension of time to file appellants' brief is granted. We order the appellants' briefs due January 20, 2020. No further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court